

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main St. Suite 1100*
*White Plains, New York 10606*

December 1, 2023

**BY EMAIL**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    <u>United States v. Chelsea McClennon, S2 21 Cr. 463 (CS);</u>

Dear Judge Seibel:

    The Government writes to respectfully request the unsealing of the above-captioned Information. Defendant Chelsea McClennon is scheduled to be sentenced by the Court on January 17, 2023.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney for the
The Clerk is directed to unseal the docket    Southern District of New York
for this Defendant.

SO ORDERED.                    by:  /s/_____

*Cathy Seibel* (signature)
CATHY SEIBEL, U.S.D.J.           T. Josiah Pertz
12/1/2023                             Assistant United States Attorney
                                         212-637-2246