**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

December 1, 2023

**BY ECF**

Sentencing adjourned to 01/17/24 at 2:30 p.m.

Hon. Cathy Seibel
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

12/08/23   SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Re:   **United States v. Chelsea McClennon**
       **Docket # 21 CR 463 (CS)**

Dear Judge Seibel;

Ms. McClennon is at liberty on bond conditions, and scheduled for sentencing on December 19, 2023. For the reasons noted herein, we respectfully request that sentencing be adjourned until January 17, 2024.

On December 19, I will be engaged in a sentencing before the Eastern District Court in Central Islip, which involves an incarcerated defendant and some interstate movement, rendering it difficult to adjourn that sentence.

In addition, we have just recently received Ms. McClennon's PSR, and we are in the process of review thereof and preparation of a sentencing memorandum. We respectfully seek additional time to prepare.

I have discussed this issue with AUSA Josiah Pertz. The government consents to this application. Mr. Clark advises that the Court is available on January 17, 2024 at 2:30 p.m., which date is convenient to all parties as well.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs